CJZ



**UNITED STATES POSTAL SERVICE**

FILED
IN CLERKS OFFICE

2005 OCT 21 P 12: 14

Home | Help | Sign In

Track & Confirm    FAQs

U.S. DISTRICT COURT
DISTRICT OF MASS.

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 1680 0004 9958 7122**
Detailed Results:
- Delivered, September 27, 2005, 9:17 am, DOVER, DE 19901
- Notice Left, September 26, 2005, 11:18 am, DOVER, DE 19901

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Zanett, Inc
c/o Incorporating Services
3500 S. Dupont Highway
Dover, DE 19901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☑ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 1680 0004 9958 7122

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540