

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

FILED
IN CLERKS OFFICE

2005 OCT 26  A 10: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
--------------------------------------------------X
**MARK P. MASELLI and CURTIS D. STEVENSON,**

          Plaintiff(s),

-against-

**ZANETT, INC., DAVID M. McCARTHY, PIERRE-GEORGES ROY,**

          Defendant(s).
--------------------------------------------------X

Index No. 05-11733 PBS

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
          S.S.
COUNTY OF NEW YORK )

       **OTIS OSBORNE**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

       That on the 3rd day of October 2005, at approximately the time of 12:31 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT AND JURY DEMAND, CIVIL COVER SHEET AND LOCAL CIVIL RULE 1.3** upon Pierre-George Roy, Esq., Chief Legal Officer at 635 Madison Avenue, 15th floor, New York, NY 10022, by personally delivering and leaving the same with "John Doe"-(refused to give his name and position) at that address. At the time of service, deponent asked if Pierre-George Roy is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       "John Doe" is a white male, approximately 30 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 180 pounds with brown hair and blue eyes.

_____
**OTIS OSBORNE #870139**

Sworn to before me this
4th day of October, 2005

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public, State Of New York
NO. 31-5062405
Qualified In NY County
Certificate Filed In New York County
Commission Expires July 1, 2006