UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARC P. MASELLI,<br>CURTIS D. STEVENSON<br>　　　　　　　　　Plaintiffs,<br>　　　　v.<br>ZANETT, INC.,<br>DAVID M. MCCARTHY,<br>PIERRE-GEORGES ROY<br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 05 CV 11733 PBS |

**STIPULATION FOR ENLARGEMENT OF TIME TO**
**<u>ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT</u>**

The undersigned parties hereby stipulate and agree that Defendants shall have until November 10, 2005 to answer, move, or otherwise respond to the Complaint in the above captioned matter.

Agreed to and Stipulated on October 31, 2005 by:

　　　　　　　　　　　　　　　ZANETT, INC.,
　　　　　　　　　　　　　　　DAVID M. MCCARTHY,
　　　　　　　　　　　　　　　PIERRE-GEORGES ROY,

　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　<u>Josh Vitullo</u>
　　　　　　　　　　　　　　　Jordan D. Hershman (BBO# 553709)
　　　　　　　　　　　　　　　Jason D. Frank (BBO# 634985)
　　　　　　　　　　　　　　　Joshua Vitullo (BBO# 654310)
　　　　　　　　　　　　　　　Bingham McCutchen LLP
　　　　　　　　　　　　　　　150 Federal Street

Boston, MA  02110-1726
Telephone:  (617) 951-8000
Facsimile:   (617) 951-8736

MARC P. MASELLI,
CURTIS D. STEVENSON

By their attorney,


<u>Colin J. Zick (by JV)</u>          _
Colin J. Zick (BBO# 553583)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02110-2600
Telephone:  (617) 832-1000
Facsimile:   (617) 832-7000

-2-