UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC P. MASELLI,<br>CURTIS D. STEVENSON<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ZANETT, INC.,<br>DAVID M. MCCARTHY,<br>PIERRE-GEORGES ROY<br><br>　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 05 CV 11733 PBS |

## SECOND STIPULATION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

The undersigned parties hereby stipulate and agree that Defendants shall have until November 17, 2005 to answer, move, or otherwise respond to the Complaint in the above captioned matter.

Agreed to and Stipulated on November 9, 2005 by:

ZANETT, INC.,
DAVID M. MCCARTHY,
PIERRE-GEORGES ROY,

By their attorneys,

Josh Vitullo
Jordan D. Hershman (BBO# 553709)
Jason D. Frank (BBO# 634985)
Joshua Vitullo (BBO# 654310)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8736

LITDOCS/621565.1

-2-

MARC P. MASELLI,
CURTIS D. STEVENSON

By their attorney,


<u>Colin J. Zick</u>
Colin J. Zick (BBO# 553583)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02110-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000