UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARC P. MASELLI,<br>CURTIS D. STEVENSON<br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ZANETT, INC.,<br>DAVID M. MCCARTHY,<br>PIERRE-GEORGES ROY<br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO.  05 CV 11733 PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIRD STIPULATION FOR ENLARGEMENT OF TIME TO
<u>ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT</u>**

The undersigned parties hereby stipulate and agree that Defendants shall have until November 28, 2005 to answer, move, or otherwise respond to the Complaint in the above captioned matter.

Agreed to and Stipulated on November 17, 2005 by:

　　　　　　　　　　　　ZANETT, INC.,
　　　　　　　　　　　　DAVID M. MCCARTHY,
　　　　　　　　　　　　PIERRE-GEORGES ROY,

　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　/s/ Josh Vitullo
　　　　　　　　　　　　Jordan D. Hershman (BBO# 553709)
　　　　　　　　　　　　Jason D. Frank (BBO# 634985)
　　　　　　　　　　　　Joshua Vitullo (BBO# 654310)
　　　　　　　　　　　　Bingham McCutchen LLP
　　　　　　　　　　　　150 Federal Street
　　　　　　　　　　　　Boston, MA  02110-1726
　　　　　　　　　　　　Telephone:  (617) 951-8000
　　　　　　　　　　　　Facsimile:   (617) 951-8736

LITDOCS/622491.1

-2-

      MARC P. MASELLI,
      CURTIS D. STEVENSON

      By their attorney,


      <u>Colin J. Zick</u>
      Colin J. Zick (BBO# 553583)
      Foley Hoag LLP
      155 Seaport Boulevard
      Boston, MA  02110-2600
      Telephone:  (617) 832-1000
      Facsimile:   (617) 832-7000