UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARC P. MASELLI and<br>CURTIS D. STEVENSON<br>     Plaintiffs,<br><br>          v.<br><br>ZANETT, INC.,<br>DAVID M. MCCARTHY, and<br>PIERRE-GEORGES ROY<br>     Defendants. | CIVIL ACTION<br>NO. 05 CV 11733 PBS |

**STIPULATION FOR ENLARGEMENT OF TIME TO**
**ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

The undersigned parties hereby stipulate and agree that Defendants shall have until December 1, 2005 to answer, move, or otherwise respond to the Complaint in the above-captioned matter.

Agreed to and Stipulated on November 28, 2005 by:

ZANETT, INC.,
DAVID M. MCCARTHY, and
PIERRE-GEORGES ROY,

By their attorneys,


/s/ Jason Frank
Jordan D. Hershman (BBO# 553709)
Jason D. Frank (BBO# 634985)
Joshua Vitullo (BBO# 654310)
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110-1726
Telephone:  (617) 951-8000
Facsimile:   (617) 951-8736

LITDOCS/623221.1

-2-

        MARC P. MASELLI and
        CURTIS D. STEVENSON

        By their attorney,


        <u>Colin J. Zick</u>
        Colin J. Zick (BBO# 553583)
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA  02110-2600
        Telephone:  (617) 832-1000
        Facsimile:   (617) 832-7000