UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC P. MASELLI and <br> CURTIS D. STEVENSON, <br>                 Plaintiffs, <br><br> v. <br><br><br> ZANETT, INC., <br> DAVID M. MCCARTHY and <br> PIERRE-GEORGES ROY, <br>                 Defendants. | ) <br> ) <br> ) <br> ) <br> )   Civil Action <br> )   No. 05-11733 PBS <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Federal Rule of Civil Procedure Rule 41(a), that in the above-captioned action all claims therein against defendants are hereby voluntarily dismissed with prejudice and without costs, all rights of appeal having been waived.

| | |
|---|---|
| MARC P. MASELLI AND <br> CURTIS D. STEVENSON <br> By their attorneys, | ZANETT, INC., DAVID M. <br> MCCARTHY, AND <br> PIERRE-GEORGES ROY. <br> By their attorneys, |
| /s/ Colin J. Zick<br>  Colin J. Zick (BBO# 553583) <br>  FOLEY HOAG LLP <br>  155 Seaport Boulevard <br>  Boston, MA  02110-2600 <br>  Telephone:  (617) 832-1000 <br>  Facsimile:  (617) 832-7000 | /s/ Josh Vitullo<br>  Jordan D. Hershman (BBO# 553709) <br>  Jason D. Frank (BBO# 634985) <br>  Joshua Vitullo (BBO# 654310) <br>  BINGHAM MCCUTCHEN LLP <br>  150 Federal Street <br>  Boston, MA  02110-1726 <br>  Telephone:  (617) 951-8000 <br>  Facsimile:  (617) 951-8736 |

Dated: Boston, Massachusetts
       December 1, 2005