UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARC P. MASELLI and
CURTIS D. STEVENSON,

        Plaintiffs,

v.

ZANETT, INC., DAVID M. McCARTHY,
and PIERRE-GEORGES ROY,

        Defendants.

CIVIL ACTION No. 05-11733 PBS

## AGREEMENT FOR JUDGMENT

Plaintiffs Marc P. Maselli and Curtis D. Stevenson ("Plaintiffs") and Defendant Zanett, Inc. ("Zanett") agree to the entry of this Judgment ("Judgment") in the above-captioned matter (the "Civil Action") as against Zanett:

Plaintiffs take Judgment in the amount of $250,000 (the "Judgment") against Zanett, without costs or rights of appeal to any party.

Plaintiffs will be granted immediate execution on the full amount to the Judgment, to be ordered forthwith, with no rights of appeal or any right to a stay of execution for Zanett. The Judgment may to be satisfied by any legal means, including but not limited to those means permitted by Rules 4.1 and/or 4.2 of the Massachusetts Rules of Civil Procedure. Plaintiffs also will be entitled to recover their costs and reasonable attorneys fees incurred in any efforts to collect the Judgment under the provisions of this paragraph. This Court shall retain jurisdiction over this matter until the collection of the full amount of the Judgment.

ASSENTED TO:

ZANETT, INC.

_____
David M. McCarthy
Chief Executive Officer

Dated: _____, 2005

ZANETT, INC.
By its attorney,

_____
Jordan Hershman, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

Dated: _December 1_, 2005

|  |  |
|---|---|
| | ASSENTED TO: |
| Dated: December 1, 2005 | /s/ Marc Maselli<br>Marc Maselli |
| Dated: December 1, 2005 | /s/ Curt Stevenson<br>Curt Stevenson |
| | MARC P. MASELLI and<br>CURTIS D. STEVENSON,<br><br>By their attorneys, |
| Dated: 12/1, 2005 | /s/ Colin J. Zick<br>Colin J. Zick, Esq.<br>Mass. BBO #556538<br>Fed. Bar No. CT26374<br>email: czick@foleyhoag.com<br>Ryan M. Cunningham, Esq.<br>Mass. BBO #661440<br>email: rcunningham@foleyhoag.com<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>(617) 832-1000 |

- 3 -

SO ORDERED:

Dated: _____ __, 2005        _____
                                       United States District Court Judge