UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARK P. MASELLI and
CURTIS D. STEVENSON,

        Plaintiffs,

v.

ZANETT, INC., DAVID M. MCCARTHY,
and PIERRE-GEORGES ROY,

        Defendants.

and

FIFTH THIRD BANK,

        Trustee.

CIVIL ACTION No. 05 CV 11733 PBS

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods, effects or credits, if any, of the Defendant Zanett, Inc. are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the Plaintiffs, Marc P. Maselli and Curtis D. Stevenson, whose attorney is Colin J. Zick, Esq. of Foley Hoag LLP, 155 Seaport Boulevard, Boston, Massachusetts, have recovered in an action brought against the said Defendant in the United States District Court for the District of Massachusetts, to the value of $220,000.00.

Such goods, effects or credits are hereby attached [and frozen until further order of the court]. If you do not so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on January 9, 2006. This attachment was approved on January 10, 2006 by  SARIS , J., in the amount of $ 220,000 .

If the credits of said Defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said Defendant in your hands include an account or ac counts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c. 246, § 28A, $500 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500 exemption at any one time.

_[signature]_
Clerk

Dated: January 10, 2006

A HEARING ON THE MOTION FOR APPROVAL OF ATTACHMENT ON TRUSTEE PROCESS WILL BE HELD ON JANUARY 20, 2006, AT 9:00 AM

B3145246.2