UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK P. MASELLI and<br>CURTIS D. STEVENSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZANETT, INC., DAVID M. MCCARTHY,<br>and PIERRE-GEORGES ROY,<br><br>    Defendants.<br><br>and<br><br>FIFTH THIRD BANK,<br><br>    Trustee. | CIVIL ACTION No. 05 CV 11733 PBS |

**PLAINTIFFS' NOTICE OF SATISFACTION OF JUDGMENT**

  Plaintiffs Marc P. Maselli and Curtis D. Stevenson hereby state that the judgment, including interests and costs, which they obtained and the Court entered against Defendant Zanett, Inc. on or about January 5, 2006 has been satisfied in full. Accordingly, Plaintiffs waive any and all further rights to pursue the judgment, or any interests, costs, or appeals relating to the judgment.

                             MARC P. MASELLI AND
                             CURTIS D. STEVENSON,
                             By their attorneys,

                             /s/ Colin J. Zick
                             Colin J. Zick, Esq., BBO #556538
                             Ryan M. Cunningham, Esq., BBO #661440
                             Foley Hoag LLP
                             155 Seaport Boulevard
                             Boston, MA  02210
Dated: January 17, 2006               (617) 832-1000

B3147819.1