UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARK P. MASELLI and
CURTIS D. STEVENSON,

Plaintiffs,

v.

ZANETT, INC., DAVID M. MCCARTHY,
and PIERRE-GEORGES ROY,

Defendants.

and

FIFTH THIRD BANK,

Trustee.

CIVIL ACTION No. 05 CV 11733 PBS

## ANSWER OF TRUSTEE

I, Aprille Ritter , on behalf of the trustee Fifth Third Bank (hereinafter

"Trustee"), hereby answer Plaintiffs' Summons to Trustee as follows, pursuant to Mass. R. Civ.

P. 4.2(d):

1.      The Trustee serves as Banking Institution.

for defendant Zanett, Inc.

2.      Zanett, Inc. has on deposit with Trustee $ 51,417.22

_____, in the following accounts: 9990200579

7021327593 .

3.      The following accounts of the following entities, with the following deposits, are

connected to the open, active accounts that Zanett, Inc. has with Trustee:

7021327395 connects to 9990200579, 7021327635
+ 7021327213 connects to 9990200579, 7021327577 +

7021328344 connects to 9990200579, 7021328286 + 7021327452 connects
to 9990200579, 702 1329052 + 7021328930 connects to 9990200579, 7021327338 connects to
9990200579

4.    The following accounts of Zanett, Inc. were closed on the following dates:

73090318    4/9/03    70448345 - 11/16/05

Except as stated above, the Trustee has in its hands and possession no goods, effects, or credits belonging to the Defendant.

As to matters contained herein, the Trustee submits itself to examination as approved by law.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 18 DAY OF JANUARY, 2006.

FIFTH THIRD BANK,

By _____

B3147386.1

Clerk of Courts

United States District Court, District of Massachusetts

John Joseph Moakley United States Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210